App. Div.]          First Department, March, 1922.

PITTSBURGH PLATE GLASS COMPANY, Appellant, v. TEXTILE BUILDING, INC., and Others, Respondents.— Order modified by limiting the examination in the first instance to the president and secretary of the defendant corporation, and as so modified affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ROSE LOWENSTEIN, Respondent, v. FRANK LOWENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

STRUCTURAL ENGINEERING CORPORATION, Respondent, v. VESTA STORAGE BATTERY CO., INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HENRY E. LONEY, Appellant, v. ROBERT L. CORBY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ISABELLE C. GWATHMEY, Respondent, v. ARCHIBALD B. GWATHMEY, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SAMUEL L. LEVY, Respondent, v. NEMOURS TRADING CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

EDWARD K. SUMERWELL, as Trustee in Bankruptcy of NATIONAL DRAMA CORPORATION, Respondent, v. THOMAS DIXON, Appellant.—Appeal dismissed, without costs, on the ground that no order has been entered which can be the subject of an appeal. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ADA E. APRAHAMIAN, Appellant, v. ANTRANIK APRAHAMIAN, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

OSCAR L. GUBELMAN and Others, Copartners, etc., Respondents, v. GEORGE P. DUARTE, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOSE M. DE ARAGON, Respondent, v. HUTH, GILLESPIE & CO., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and the motion to vacate the order for defendant's examination before trial granted, with ten dollars costs, on the ground that the original order vacating order for the examination was properly made and should not have been modified. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

RAY FISCHER, Respondent, v. HENRY FISCHER, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ISAAC OZDOBA and Others v. PAUL GERLI & COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.